UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Albert Scruggs | ) | C/A No.    5:12-cv-02940-GRA-KDW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Order |
| | ) | |
| Warden Stevenson, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Petitioner brought this habeas action pursuant to 28 U.S.C. § 2254. This matter is before the court on Petitioner's Motion for Copies, ECF No. 33, filed on March 15, 2013. In his motion, Petitioner requests "a copy of the order that [he] sent" and contends that some of his legal paperwork was misplaced when his dorm was searched for contraband. ECF No. 33.

The court does not provide copies to litigants free of charge. The Clerk's Office charges 50 cents per page for copies. If Petitioner wishes to purchase a copy of documents filed in this court, he may contact the Clerk of Court at 843-676-3820 or 401 West Evans Street, Florence, SC 29501 to make payment arrangements. Petitioner should also provide the Clerk with sufficient detail regarding the document he is requesting so that the document can be identified. Petitioner's request for copies, ECF No. 33, is hereby denied.

IT IS SO ORDERED.

March 28, 2013                                Kaymani D. West
Florence, South Carolina                     United States Magistrate Judge